## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Stumpf, <br> aka Brian J Stumpf, <br> aka Brian James Stumpf <br> & <br> Maria Stumpf, <br> aka MariaElena Stumpf, <br> aka Maria Elena Stumpf, <br> aka Maria E Stumpf <br> <br> Debtor(s) | BK NO. 18-00002 RNO <br> <br> Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594