## Pay Stub 1

**QUANTUM ELECTRIC CORP.**
36-24 34TH STREET
LONG ISLAND CITY, NY 11106
718-784-9010

**83743 STUMPF, BRIAN**
CLOCK NO/IDENT    EMPLOYEE NAME

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO. | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 4 | 30 | 400 | 47331 | 11/02/17 - 11/08/17 | 11/13/17 |

### EARNINGS STATEMENT THIS PAY

| TYPE | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REGULAR | 14.00 | 56.000 | 784.00 |
| **TOTALS** | **14.00** | | **784.00** |

### DEDUCTIONS THIS PAY

| | |
|---|---|
| FEDERAL TAX | 30.00 |
| F.I.C.A. TAX | 59.98 |
| STATE TAX (NY) | 28.70 |
| 401K LOAN REPAY | 89.27 |
| UNION-(A) | 11.76 |
| UNION-(K) | 7.84 |
| EMPLOYER PAID UNION BENEFITS: | |
| ANNUITY HOURLY | 63.00 |
| HEALTH REIMB | 59.50 |
| 401K FICA CONTRB | 59.98 |
| 401K HR%DAY CNTRB | 153.44 |

### YEAR TO DATE

| | |
|---|---|
| GROSS PAY | 35,280.00 |
| FEDERAL GROSS | 34,927.20 |
| FEDERAL TAX | 3,461.00 |
| F.I.C.A. TAX | 2,698.92 |
| STATE TAX | 1,830.90 |
| 401K PLAN | 352.80 |
| 401K LOAN REPAY | 1,606.86 |

DIRECT DEPOSIT

**NET PAY: 556.45**

---

## Pay Stub 2

**QUANTUM ELECTRIC CORP.**
36-24 34TH STREET
LONG ISLAND CITY, NY 11106
718-784-9010

**83743 STUMPF, BRIAN**
CLOCK NO/IDENT    EMPLOYEE NAME

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO. | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 4 | 30 | 400 | 47895 | 11/09/17 - 11/15/17 | 11/20/17 |

### EARNINGS STATEMENT THIS PAY

| TYPE | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REGULAR | 21.00 | 56.000 | 1,176.00 |
| **TOTALS** | **21.00** | | **1,176.00** |

### DEDUCTIONS THIS PAY

| | |
|---|---|
| FEDERAL TAX | 85.00 |
| F.I.C.A. TAX | 89.96 |
| STATE TAX (NY) | 53.73 |
| 401K LOAN REPAY | 89.27 |
| UNION-(A) | 17.64 |
| UNION-(K) | 11.76 |
| EMPLOYER PAID UNION BENEFITS: | |
| ANNUITY HOURLY | 94.50 |
| HEALTH REIMB | 89.25 |
| 401K FICA CONTRB | 89.96 |
| 401K HR%DAY CNTRB | 230.16 |

### YEAR TO DATE

| | |
|---|---|
| GROSS PAY | 36,456.00 |
| FEDERAL GROSS | 36,091.44 |
| FEDERAL TAX | 3,546.00 |
| F.I.C.A. TAX | 2,788.88 |
| STATE TAX | 1,884.63 |
| 401K PLAN | 364.56 |
| 401K LOAN REPAY | 1,696.13 |

DIRECT DEPOSIT

**NET PAY: 828.64**

## Pay Stub 1

**QUANTUM ELECTRIC CORP.**
36-24 34TH STREET
LONG ISLAND CITY, NY 11106
718-784-9010

**83743 STUMPF, BRIAN**
CLOCK NO/IDENT   EMPLOYEE NAME

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 4 | 30 | 400 | 47953 | 11/16/17 - 11/22/17 | 11/27/17 |

### EARNINGS STATEMENT THIS PAY

| TYPE | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REGULAR | 35.00 | 56.000 | 1,960.00 |
| **TOTALS** | **35.00** | | **1,960.00** |

### DEDUCTIONS THIS PAY

| | |
|---|---|
| FEDERAL TAX | 202.00 |
| F.I.C.A. TAX | 149.94 |
| STATE TAX (NY) | 104.15 |
| 401K LOAN REPAY | 89.27 |
| L3NYPFL | .66 |
| UNION-(A) | 29.40 |
| UNION-(K) | 19.60 |
| EMPLOYER PAID UNION BENEFITS: | |
| ANNUITY HOURLY | 157.50 |
| HEALTH REIMB | 148.75 |
| 401K FICA CONTRB | 149.94 |
| 401K HR%DAY CNTRB | 383.60 |

### YEAR TO DATE

| | |
|---|---|
| GROSS PAY | 38,416.00 |
| FEDERAL GROSS | 38,031.84 |
| FEDERAL TAX | 3,743.00 |
| F.I.C.A. TAX | 2,938.82 |
| STATE TAX | 1,938.78 |
| 401K PLAN | 384.16 |
| 401K LOAN REPAY | 1,785.40 |
| L3NYPFL | .66 |

DIRECT DEPOSIT

**NET PAY   1,364.98**

---

## Pay Stub 2

**QUANTUM ELECTRIC CORP.**
36-24 34TH STREET
LONG ISLAND CITY, NY 11106
718-784-9010

**83743 STUMPF, BRIAN**
CLOCK NO/IDENT   EMPLOYEE NAME

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 4 | 30 | 400 | 48018 | 11/23/17 - 11/29/17 | 12/04/17 |

### EARNINGS STATEMENT THIS PAY

| TYPE | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REGULAR | 21.00 | 56.000 | 1,176.00 |
| **TOTALS** | **21.00** | | **1,176.00** |

### DEDUCTIONS THIS PAY

| | |
|---|---|
| FEDERAL TAX | 85.00 |
| F.I.C.A. TAX | 89.96 |
| STATE TAX (NY) | 53.73 |
| 401K LOAN REPAY | 89.27 |
| L3NYPFL | .66 |
| UNION-(A) | 17.64 |
| UNION-(K) | 11.76 |
| EMPLOYER PAID UNION BENEFITS: | |
| ANNUITY HOURLY | 94.50 |
| HEALTH REIMB | 89.25 |
| 401K FICA CONTRB | 89.96 |
| 401K HR%DAY CNTRB | 230.16 |

### YEAR TO DATE

| | |
|---|---|
| GROSS PAY | 39,592.00 |
| FEDERAL GROSS | 39,196.08 |
| FEDERAL TAX | 3,833.00 |
| F.I.C.A. TAX | 3,028.78 |
| STATE TAX | 2,042.51 |
| 401K PLAN | 395.92 |
| 401K LOAN REPAY | 1,874.67 |
| L3NYPFL | 1.32 |

DIRECT DEPOSIT

**NET PAY   827.98**

**QUANTUM ELECTRIC CORP.**
36-24 34TH STREET
LONG ISLAND CITY, NY 11106
718-784-9010

| CLOCK NO/IDENT | EMPLOYEE NAME |
|---|---|
| 83743 | STUMPF, BRIAN |

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO. | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 4 | 30 | 400 | 48079 | 11/30/17 -12/06/17 | 12/11/17 |

### EARNINGS STATEMENT THIS PAY

| TYPE | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REGULAR | 35.00 | 56.000 | 1,960.00 |
| **TOTALS** | **35.00** | | **1,960.00** |

### DEDUCTIONS THIS PAY

| | |
|---|---|
| FEDERAL TAX | 202.00 |
| F.I.C.A. TAX | 149.94 |
| STATE TAX (NY) | 104.15 |
| 401K LOAN REPAY | 89.27 |
| L3NYPFL | .66 |
| UNION-(A) | 29.40 |
| UNION-(K) | 19.60 |
| **EMPLOYER PAID UNION BENEFITS:** | |
| ANNUITY HOURLY | 157.50 |
| HEALTH REIMB | 148.75 |
| 401K FICA CONTRB | 149.94 |
| 401K HR%DAY CNTRB | 383.60 |

### YEAR TO DATE

| | |
|---|---|
| GROSS PAY | 41,552.00 |
| FEDERAL GROSS | 41,136.48 |
| FEDERAL TAX | 4,035.00 |
| F.I.C.A. TAX | 3,178.72 |
| STATE TAX | 2,146.66 |
| 401K PLAN | 415.52 |
| 401K LOAN REPAY | 1,963.94 |
| L3NYPFL | 1.98 |

DIRECT DEPOSIT

**NET PAY    1,364.98**

## Pay Stub 1

**QUANTUM ELECTRIC CORP.**
36-24 34TH STREET
LONG ISLAND CITY, NY 11106
718-784-9010

**83743 STUMPF, BRIAN**
CLOCK NO/IDENT    EMPLOYEE NAME

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 4 | 30 | 400 | 48293 | 12/21/17 -12/27/17 | 12/29/17 |

### EARNINGS STATEMENT THIS PAY

| TYPE | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REGULAR | 28.00 | 56.000 | 1,568.00 |
| TOTALS | 28.00 | | 1,568.00 |

### DEDUCTIONS THIS PAY

| | |
|---|---|
| FEDERAL TAX | 143.00 |
| F.I.C.A. TAX | 119.96 |
| STATE TAX (NY) | 78.76 |
| 401K LOAN REPAY | 89.27 |
| L3NYPFL | .66 |
| UNION-(A) | 23.52 |
| UNION-(K) | 15.68 |
| EMPLOYER PAID UNION BENEFITS: | |
| ANNUITY HOURLY | 126.00 |
| HEALTH REIMB | 119.00 |
| 401K FICA CONTRB | 119.96 |
| 401K HR%DAY CNTRB | 306.88 |

### YEAR TO DATE

| | |
|---|---|
| GROSS PAY | 47,040.00 |
| FEDERAL GROSS | 46,569.60 |
| FEDERAL TAX | 4,582.00 |
| F.I.C.A. TAX | 3,598.56 |
| STATE TAX | 2,433.72 |
| 401K PLAN | 470.40 |
| 401K LOAN REPAY | 2,231.75 |
| L3NYPFL | 3.96 |

DIRECT DEPOSIT

**NET PAY  1,097.15**

---

## Pay Stub 2

**QUANTUM ELECTRIC CORP.**
36-24 34TH STREET
LONG ISLAND CITY, NY 11106
718-784-9010

**83743 STUMPF, BRIAN**
CLOCK NO/IDENT    EMPLOYEE NAME

| MARITAL STATUS | DEPENDENTS | DEPARTMENT | UNION | CHECK NO | PAY PERIOD | CHECK DATE |
|---|---|---|---|---|---|---|
| MARRIED | 4 | 30 | 400 | 48340 | 12/28/17 -01/03/18 | 01/08/18 |

### EARNINGS STATEMENT THIS PAY

| TYPE | HOURS | RATE | EARNINGS |
|---|---|---|---|
| REGULAR | 28.00 | 56.000 | 1,568.00 |
| TOTALS | 28.00 | | 1,568.00 |

### DEDUCTIONS THIS PAY

| | |
|---|---|
| FEDERAL TAX | 143.00 |
| F.I.C.A. TAX | 119.94 |
| STATE TAX (NY) | 77.67 |
| 401K LOAN REPAY | 89.27 |
| L3NYPFL | .66 |
| UNION-(A) | 23.52 |
| UNION-(K) | 15.68 |
| EMPLOYER PAID UNION BENEFITS: | |
| ANNUITY HOURLY | 126.00 |
| HEALTH REIMB | 119.00 |
| 401K FICA CONTRB | 119.94 |
| 401K HR%DAY CNTRB | 306.88 |

### YEAR TO DATE

| | |
|---|---|
| GROSS PAY | 1,568.00 |
| FEDERAL GROSS | 1,552.32 |
| FEDERAL TAX | 143.00 |
| F.I.C.A. TAX | 119.94 |
| STATE TAX | 77.67 |
| 401K PLAN | 15.68 |
| 401K LOAN REPAY | 89.27 |
| L3NYPFL | .66 |

DIRECT DEPOSIT

**NET PAY  1,098.26**