```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                        Case No. 18-00002-RNO
Brian Stumpf                                                  Chapter 13
Maria Stumpf
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr            Page 1 of 2             Date Rcvd: Jan 26, 2018
                              Form ID: ntnew341          Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db/jdb        +Brian Stumpf,    Maria Stumpf,    130 Mountain Top Drive,    Dingmans Ferry, PA 18328-9128
5007646       +Anesthesia Associates of Morristown,    100 Madison Ave,    Morristown, NJ 07960-6136
5007647        Atlantic Health Systems,    Re: Newton & Morristown Med Centers,    PO Box 35610,
                Newark, NJ   07193-5610
5007648       +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
5007649        B&B Collections, Inc.,    PO Box 2137,    Toms River, NJ   08754-2137
5007650        Barclaycard,    PO Box 13337,    Philadelphia, PA   19101-3337
5007651        Berkheimer Tax Innovations,    Re: Pocono Mtn Lake Estate,    PO Box 21450,
                Lehigh Valley, PA   18002-1450
5007655       +CMRE Financial Services, Inc.,    3075 E. Imperial Highway, Suite 200,    Brea, CA 92821-6753
5007653        Chase Cardmember Services,    PO Box 15298,    Wilmington, DE   19850-5298
5007654        Citi Cards,    PO Box 6500,    Sioux Falls, SD   57117-6500
5007656       +Comenity Bank (Paypal),    Bankruptcy Department,    PO Box 5018,    Timonium, MD 21094-5018
5007657       +Creditech Collection Solutions,    PO Box 99,    Bangor, PA 18013-0099
5007658        David B. Watner,    Attorney at Law,    PO Box 6189,    West Caldwell, NJ   07007-6189
5007660        Donaldson & Chiera RN Family,    Health NP PC,    10 Gagnon Drive,    Stone Ridge, NY   12484-5120
5007661        Emergency Medical Associates,    PO Box 6131,    Parsippany, NJ   07054-7131
5007662       +Emergency Medical Associates Westchester,    3 Century Drive,    Parsippany, NJ 07054-4610
5007663       +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
5007665        ImageCare Center,    Radiologic Associates of NNJ, PA,    PO Box 10728,
                Lancaster, PA   17605-0728
5007664       +ImageCare Center at Newton,    222 High Street, Suite 101,    Newton, NJ 07860-9604
5007667        Michael Harrison,    Attorney at Law,    3155 State Route 10  Suite 214,
                Denville, NJ   07834-3430
5007668       +Mobile Life Support Service, Inc.,    35 Peach Place,    Middletown, NY 10940-6943
5007669        Morris Imaging Associates, PA,    PO Box 6750,    Portsmouth, NH   03802-6750
5007671       +Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    8950 Cypress Waters Blvd.,
                Dallas, TX 75019-4620
5007673       +Pocono Mountain Lake Estates,    2095 Milford Road,    Bushkill, PA 18324-8292
5007675        Remex, Inc.,    307 Wall Street,    Princeton, NJ   08540-1515
5007677       +TD Bank USA, N.A.,    c/o Target Card Services,    PO Box 9500,    Minneapolis, MN 55440-9500
5007678        Wakefield & Associates,    PO Box 50250,    Knoxville, TN 37950-0250
5009735        Wells Fargo Bank N.A,    1 Home Campus X2303-01A,    Des Moines IA 50328-0001
5007679       +Wells Fargo Bank, N.A.,    PO Box 10335,    Des Moines, IA 50306-0335
5007680        Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 168048,    Irving, TX   75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5007652       +E-mail/Text: bankruptcy@certifiedcollection.com Jan 26 2018 18:44:41
                Certified Credit & Collection Bureau,    PO box 1750,    Whitehouse Station, NJ 08889-1750
5007659        E-mail/Text: mrdiscen@discover.com Jan 26 2018 18:44:37    Discover Card,    PO Box 30943,
                Salt Lake City, UT   84130-0943
5010396        E-mail/Text: mrdiscen@discover.com Jan 26 2018 18:44:37     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
5007666        E-mail/Text: bnckohlsnotices@becket-lee.com Jan 26 2018 18:44:37     Kohls Department Store,
                PO Box 3043,    Milwaukee, WI   53201-3043
5007670        E-mail/Text: Bankruptcies@nragroup.com Jan 26 2018 18:44:54     National Recovery Agency,
                PO Box 67015,    Harrisburg, PA   17106-7015
5007672        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 18:44:42     PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA   17128-0946
5008008       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 18:50:45
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5007674        E-mail/Text: lisapearn.pma@gmail.com Jan 26 2018 18:44:41    Pulmonary Medical Associates LLP,
                222 High Street, Suite 102,    Newton, NJ   07860-9604
5007676        E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 18:50:32     Synchrony Bank (Amazon),
                Attn:  Bankruptcy Dept.,    PO Box 965060,    Orlando, FL   32896-5060
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Steven R Savoia    on behalf of Debtor 1 Brian   Stumpf ssavoia@ptd.net
              Steven R Savoia    on behalf of Debtor 2 Maria   Stumpf ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brian Stumpf<br>aka Brian J Stumpf, aka Brian James Stumpf | Chapter 13 |
| Maria Stumpf<br>aka MariaElena Stumpf, aka Maria Elena Stumpf, aka Maria E Stumpf | Case No. 5:18−bk−00002−RNO |
| Debtor(s) | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: March 19, 2018<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 26, 2018 |