| | | | |
|---|---|---|---|
| Debtor 1 | Brian Stumpf | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria Stumpf | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number   5:18–bk–00002–RNO
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Brian Stumpf_____

Signature of Debtor 1

✖ /s/ Maria Stumpf_____

Signature of Debtor 2

Date 01/02/2018_____
       MM /  DD  / YYYY

Date 01/02/2018_____
       MM /  DD  / YYYY

Case 5:18-bk-00002-RNO    Doc 21    Filed 02/14/18    Entered 02/14/18 18:03:14    Desc
Main Document      Page 1 of 36

| Fill in this information to identify your case: |

**Debtor 1** Brian Stumpf
First Name      Middle Name      Last Name

**Debtor 2** Maria Stumpf
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:18-bk-00002-RNO
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................. | $ 157,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ | $ 235,256.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ................................................. | $ 392,256.00 |

### Part 2: Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ | $ 243,500.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................................. | $ 600.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................................... | + $ 31,680.00 |
| **Your total liabilities** | $ 275,780.00 |

### Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | $ 6,441.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*............................................................... | $ 6,252.00 |

Case 5:18-bk-00002-RNO    Doc 21    Filed 02/14/18    Entered 02/14/18 18:03:14    Desc
Main Document      Page 2 of 36

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$    7,287.00

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 600.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ |
| 9g. **Total.** Add lines 9a through 9f. | $ 600.00 |

Debtor 1    Brian Stumpf
First Name    Middle Name    Last Name

Debtor 2    Maria Stumpf
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number    5:18-bk-00002-RNO

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** 130 Mountain Drive
Street address, if available, or other description

Dingmans Ferry    PA    18328
City    State    ZIP Code

Pike
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ 157,000.00    $ 157,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy By Entireties

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ _____    $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

| Debtor 1 | Brian | | Stumpf | Case number *(if known)* | 5:18-bk-00002-RNO |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**1.3.**

Street address, if available, or other description

_____

_____

City _____ State ___ ZIP Code

County _____

**What is the property?** Check all that apply.

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$_____

**Current value of the portion you own?**

$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ............................................................➔ | $ 157,000.00 |

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make: Honda

Model: Pilot

Year: 2012

Approximate mileage: 89000

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$ 11,036.00

**Current value of the portion you own?**

$ 11,036.00

If you own or have more than one, describe here:

**3.2.** Make: Subaru

Model: Crosstrek

Year: 2016

Approximate mileage: 64000

Other information:

_____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$ 13,700.00

**Current value of the portion you own?**

$ 13,700.00

3.3.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4.  Make: _____
      Model: _____
      Year: _____
      Approximate mileage: _____
      Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

4.1.  Make: _____
      Model: _____
      Year: _____
      Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.  Make: _____
      Model: _____
      Year: _____
      Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................➔    $    24,736.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........

| Average Assorted Household Goods & Furnishings | $ 5,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...........

| 3 TVs 3 yrs or older, laptop, & very old desktop, 2 cell phones | $ 1,500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..........

| | $ |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.........

| 4 Bicycles (old, including children's bikes) | $ 400.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........

| | $ |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..........

| Average Wearing Apparel | $ 600.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..........

| Wedding Rings | $ 2,500.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..........

| 2 Dogs | $ 50.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. ..............

| | $ |
|---|---|

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................→

| | $ 10,050.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes .................................................................................................................................    Cash: ................. $_____50.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Wells Fargo | $_____400.00 |
| 17.2. Checking account: | | $_____ |
| 17.3. Savings account: | Wells Fargo | $_____20.00 |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes .................    Institution or issuer name:

$_____
$_____
$_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them......................

Name of entity:     % of ownership:

| | % of ownership | |
|---|---|---|
| Pig Tails and Silly Tights LLC | 100% % | $_____0.00 |
| | 0% % | $_____ |
| | 0% % | $_____ |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them......................

| | Issuer name: | |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Through Union | $ 200,000.00 |
| Pension plan: | | $_____ |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes..........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $_____ |
| Gas: | | $_____ |
| Heating oil: | | $_____ |
| Security deposit on rental unit: | | $_____ |
| Prepaid rent: | | $_____ |
| Telephone: | | $_____ |
| Water: | | $_____ |
| Rented furniture: | | $_____ |
| Other: | | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........................

| | Issuer name and description: | |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____

_____    $_____

_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them....    [                    ]    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them....    [                    ]    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them....    [                    ]    $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ......................

Federal:    $_____

State:    $_____

Local:    $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information.............

Alimony:    $_____

Maintenance:    $_____

Support:    $_____

Divorce settlement:    $_____

Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information.............    [                    ]    $_____

Case 5:18-bk-00002-RNO    Doc 21    Filed 02/14/18    Entered 02/14/18 18:03:14    Desc
Main Document    Page 10 of 36

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............　　　$

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................　　　$

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................　　　$

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information............　　　$

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................　➔　$　200,470.00

---

**Part 5:　Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe.......　　　$

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe.......　　　$

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe....... $_____

41. **Inventory**

☐ No
☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe.......

Name of entity:        % of ownership:

_____  _____% $_____
_____  _____% $_____
_____  _____% $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No
    ☐ Yes. Describe....... $_____

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
    information .........  _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................................................➔ $_____

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes ..................... $_____

48. **Crops—either growing or harvested**

   ☐ No
   ☐ Yes. Give specific
      information. ............

   $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☐ No
   ☐ Yes. ........................

   $_____

50. **Farm and fishing supplies, chemicals, and feed**

   ☐ No
   ☐ Yes. ........................

   $_____

51. **Any farm- and commercial fishing-related property you did not already list**

   ☐ No
   ☐ Yes. Give specific
      information. ............

   $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................. ➔    $_____

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

   ☑ No
   ☐ Yes. Give specific
      information. ............

   $_____
   $_____
   $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................ ➔    $_____

---

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ................................................................................. ➔    $    157,000.00

56. **Part 2: Total vehicles, line 5**    $    24,736.00

57. **Part 3: Total personal and household items, line 15**    $    10,050.00

58. **Part 4: Total financial assets, line 36**    $    200,470.00

59. **Part 5: Total business-related property, line 45**    $_____

60. **Part 6: Total farm- and fishing-related property, line 52**    $_____

61. **Part 7: Total other property not listed, line 54**    + $_____

62. **Total personal property.** Add lines 56 through 61. ....................    $    235,256.00    Copy personal property total ➔    + $    235,256.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ................................................    $    392,256.00

**Fill in this information to identify your case:**

| Debtor 1 | Brian Stumpf | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria Stumpf | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:18-bk-00002-RNO
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2016 Sub Crosstrek<br>Line from *Schedule A/B*: 3.2 | $ 13,700.00 | ☑ $ 13,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(2) & (5) |
| Brief description: Hshld Goods & Furn.<br>Line from *Schedule A/B*: 6 | $ 5,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(3) |
| Brief description: Hshld Electronics<br>Line from *Schedule A/B*: 7 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(3) & (5) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Bicycles<br>Line from *Schedule A/B:* 9 | $ 400.00 | ☑ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(3) & (5) |
| Brief description: Clothing<br>Line from *Schedule A/B:* 11 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(3) |
| Brief description: Family Jewelry<br>Line from *Schedule A/B:* 12 | $ 2,500.00 | ☑ $ 2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(4) |
| Brief description: Dogs<br>Line from *Schedule A/B:* 13 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(3) |
| Brief description: Cash<br>Line from *Schedule A/B:* 16 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(5) |
| Brief description: Bank Accounts<br>Line from *Schedule A/B:* 17 | $ 420.00 | ☑ $ 420.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(5) |
| Brief description: Retirement Accounts<br>Line from *Schedule A/B:* 21 | $ 200,000.00 | ☑ $ 200,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. Sec. 522(d)(10) or (12), or not property of estate |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Case 5:18-bk-00002-RNO    Doc 21    Filed 02/14/18    Entered 02/14/18 18:03:14    Desc
Main Document      Page 15 of 36

**Fill in this information to identify your case:**

Debtor 1: Brian Stumpf
First Name / Middle Name / Last Name

Debtor 2: Maria Stumpf
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 5:18-bk-00002-RNO
(If known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Nationstar Mortgage LLC
Creditor's Name
d/b/a Mr. Cooper
Number    Street
8950 Cypress Waters Blvd.
Dallas          TX   75109
City           State   ZIP Code

**Describe the property that secures the claim:**

1st Mortgage, 130 Mountain Dr., Dingmans Ferry, Pike County, PA

Column A: $ 168,000.00   Column B: $ 157,000.00   Column C: $ 11,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  2  2  3  3

**2.2** Wells Fargo Bank, N.A.
Creditor's Name
PO Box 10335
Number    Street
Des Moines      IA   50306
City           State   ZIP Code

**Describe the property that secures the claim:**

2nd Mortgage, 130 Mountain Dr., Dingmans Ferry, Pike County, PA

Column A: $ 51,000.00   Column B: $ 0.00   Column C: $ 51,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  08/17/2007

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  2  5  1  1

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 219,000.00

| Debtor 1 | Brian Stumpf | | Case number (if known) | 5:18-bk-00002-RNO |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.3** Pocono Mountain Lake Estates

Creditor's Name

2095 Milford Road
Number     Street

Bushkill          PA    18324
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $ 1,600.00   $ _____   $ _____

Homeowner Association, 130 Mountain Dr., Dingmans Ferry, Pike County, PA

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  0  4  8  7

**2.4** Wells Fargo Dealer Services

Creditor's Name
MAC T9017-026
Number     Street

PO Box 168048

Irving          TX    75016
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $ 22,900.00   $ 11,036.00   $ 11,864.00

2012 Honda Pilot (Debtor 1 & 2)

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  9  4  9  4

**2.4**

Creditor's Name

_____
Number     Street

_____
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $ _____   $ _____   $ _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number  ___ ___ ___ ___

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 24,500.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ 243,500.00 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|--------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Berkheimer Tax Innovations
Name

Re: Pocono Mtn Lake Estate
Number   Street

PO Box 21450

Lehigh Valley          PA          18002
City                   State       ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number  0  4  8  7

---

Creditech Collection Solutions
Name

PO Box 99
Number   Street

Bangor                 PA          18013
City                   State       ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number  5  2  9  6

---

Name

Number   Street

City                   State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number   Street

City                   State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  2  2  3  3

---

Name

Number   Street

City                   State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number   Street

City                   State       ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brian Stumpf | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria Stumpf | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 5:18-bk-00002-RNO
(If known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

PA Department of Revenue
Priority Creditor's Name

Bankruptcy Division
Number          Street

PO Box 280946

Harrisburg          PA     17128
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $ 600.00     Priority amount: $ _____     Nonpriority amount: $ _____

**2.2**

_____
Priority Creditor's Name

_____
Number          Street

_____

_____
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $ _____     Priority amount: $ _____     Nonpriority amount: $ _____

| Debtor 1 | Brian Stumpf | | | Case number *(if known)* | 5:18-bk-00002-RNO |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | **Total claim** |
|---|---|---|---|

**4.1**

Anesthesia Associates of Morristown
Nonpriority Creditor's Name

100 Madison Ave
Number    Street

Morristown          NJ      07960
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9  1  2  8

When was the debt incurred?  _____

$  1,025.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

---

**4.2**

Atlantic Health Systems (Re: Newton & Morristown
Nonpriority Creditor's Name

Medical Centers); PO Box 35610
Number    Street

Newark          NJ      07193
City            State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

$  8,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Serv (Various A/C #s)

---

**4.3**

Atlantic Medical Group
Nonpriority Creditor's Name

PO Box 419101
Number    Street

Boston          MA      02241
City            State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  7  9  0

When was the debt incurred?  05/01/2017

$  35.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Serv

<div style="background:black;color:white">Part 2:</div> **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.4**

**Barclaycard**
Nonpriority Creditor's Name

**PO Box 13337**
Number    Street

**Philadelphia**      **19101**
City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   6   4   9   4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

$ 2,050.00

---

**4.5**

**Chase Cardmember Services**
Nonpriority Creditor's Name

**PO Box 15298**
Number    Street

**Wilmington**    **DE**    **19850**
City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   6   6   0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

$ 3,250.00

---

**4.6**

**Citi Cards**
Nonpriority Creditor's Name

**PO Box 6500**
Number    Street

**Sioux Falls**    **SD**    **57117**
City      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0   5   6   4

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

$ 4,600.00

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

**Comenity Bank (Paypal); Bankruptcy Department**
Nonpriority Creditor's Name

**PO Box 5018**
Number          Street

**Timonium**                     **MD**        **21094**
City                                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3  8  8  1

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$ 4,500.00

---

**4.8**

**Discover Card**
Nonpriority Creditor's Name

**PO Box 30943**
Number          Street

**Salt Lake City**                 **UT**        **84130**
City                                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  7  3  5

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$ 1,600.00

---

**4.9**

**Donaldson & Chiera RN Family Health NP PC**
Nonpriority Creditor's Name

**10 Gagnon Drive**
Number          Street

**Stone Ridge**                    **NY**        **12484**
City                                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1  1  3  5

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

$ 35.00

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**.10**   **Emergency Medical Associates**

Nonpriority Creditor's Name

**PO Box 6131**

Number    Street

**Parsippany**    **NJ**    **07054**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   4   4   4   0    $   308.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Services

---

**.11**   **Home Depot Credit Services**

Nonpriority Creditor's Name

**PO Box 790328**

Number    Street

**St. Louis**    **MO**    **63179**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   1   4   8   3    $   1,900.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

---

**.12**   **ImageCare Center - Radiologic Assoc of NNJ, PA**

Nonpriority Creditor's Name

**PO Box 10728**

Number    Street

**Lancaster**    **PA**    **17605**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   3   2   6   0    $   35.00

**When was the debt incurred?**   03/02/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Medical Services

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### .13 Kohl's Department Store

Nonpriority Creditor's Name

PO Box 3043

Number         Street

Milwaukee                    WI      53201

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  5  9  7

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$  500.00

### .14 Mobile Life Support Service, Inc.

Nonpriority Creditor's Name

35 Peach Place

Number         Street

Middletown                    NY      10940

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  8  8  1  3

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

$  1,900.00

### .15 Morris Imaging Associates, PA

Nonpriority Creditor's Name

PO Box 6750

Number         Street

Portsmouth                    NH      03802

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  0  4  6  9

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

$  152.00

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
| --- | --- |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### .16

Pulmonary Medical Associates LLP
Nonpriority Creditor's Name

222 High Street, Suite 102
Number       Street

Newton                          NJ        07860
City                            State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2  1  1  8

When was the debt incurred?  11/28/2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

$  105.00

### .17

Synchrony Bank (Amazon); Attn: Bankruptcy Dept.
Nonpriority Creditor's Name

PO Box 965060
Number       Street

Orlando                         FL        32896
City                            State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8  3  7  9

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$  650.00

### .18

TD Bank USA, N.A.
Nonpriority Creditor's Name

PO Box 9500
Number       Street

Minneapolis                     MN        55440
City                            State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3  2  2  4

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$  1,000.00

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**.19**

National Recovery Agency
Nonpriority Creditor's Name

PO Box 67015
Number       Street

Harrisburg                          PA        17106
City                                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0  3  6  0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Med Serv re Poc Med Ctr

$  35.00

---

Nonpriority Creditor's Name

Number       Street

City                                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

---

Nonpriority Creditor's Name

Number       Street

City                                State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

David B. Watner
Name

Attorney at Law
Number    Street

PO Box 6189

West Caldwell    NJ    07007
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.1 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9 1 2 8

---

CMRE Financial Services, Inc.
Name

3075 E. Imperial Highway, Suite 200
Number    Street

Brea    CA    92821
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.3 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2 6 9 3

---

Emergency Medical Associates Westchester
Name

3 Century Drive
Number    Street

Parsippany    NJ    07054
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.10 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 4 4 4 0

---

B&B Collections, Inc.
Name

PO Box 2137
Number    Street

Toms River    NJ    08754
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.10 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 4 4 4 0

---

ImageCare Center at Newton
Name

222 High Street, Suite 101
Number    Street

Newton    NJ    07860
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.12 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3 2 6 0

---

Remex, Inc.
Name

307 Wall Street
Number    Street

Princeton    NJ    08540
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.12 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 7 2 0 5

---

Wakefield & Associates
Name

PO Box 50250
Number    Street

Knoxville    TN    37950
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.14 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8 8 1 3

| Debtor 1 | Brian Stumpf | | | Case number *(if known)* 5:18−bk−00002−RNO |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Michael Harrison, Attorney at Law
Name

3155 State Route 10 – Suite 214
Number        Street



Denville                          NJ        07834
City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.15 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0   4   6   9

---

Certified Credit & Collection Bureau
Name

PO Box 1750
Number        Street



Whitehouse Station              NJ        08889
City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.2 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___  ___  ___  ___

---

Name

Number        Street



City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___  ___  ___  ___

---

Name

Number        Street



City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___  ___  ___  ___

---

Name

Number        Street



City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___  ___  ___  ___

---

Name

Number        Street



City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___  ___  ___  ___

---

Name

Number        Street



City                              State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___  ___  ___  ___

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | | **Total claim** |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $_____ |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $_____600.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $_____ |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $_____ |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $_____600.00 |

|  |  | | **Total claim** |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $_____ |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $_____ |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $_____ |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $_____31,680.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $_____32,280.00 |

| Debtor | Brian Stumpf | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse If filing) | Maria Stumpf | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:18-bk-00002-RNO
(If known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |
| 2.5 | | |
| | Name | |
| | Number    Street | |
| | City    State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Brian Stumpf | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Maria Stumpf | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 5:18-bk-00002-RNO
(If known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☐ No

       ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number    Street

   _____
   City        State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City   State   ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1    Brian Stumpf
_____
First Name          Middle Name          Last Name

Debtor 2    Maria Stumpf
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number    5:18-bk-00002-RNO
(If known)     _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Electrician | Homemade Crafts |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | Quantum Electric Corp | Self-Employed |
| | **Employer's address** | 36-24 34th Street | |
| | | Number   Street | Number   Street |
| | | Long Island City   NY    11106 | |
| | | City          State   ZIP Code | City          State   ZIP Code |
| | **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 7,237.00 | $ 200.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 650.00 | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 7,887.00 | $ 200.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................ ➔ 4. | | $ 7,887.00 | $ 200.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 1,633.00 | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 73.00 | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 344.00 | $ |
| 5e. Insurance | 5e. | $ | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ 46.00 | $ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,096.00 | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 5,791.00 | $ 200.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | $ |
| 8b. **Interest and dividends** | 8b. | $ | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | $ |
| 8d. **Unemployment compensation** | 8d. | $ | $ |
| 8e. **Social Security** | 8e. | $ | $ |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ | $ |
| 8g. **Pension or retirement income** | 8g. | $ | $ |
| 8h. **Other monthly income.** Specify: Fed&NYS Anticipated Tx Ref | 8h. | + $ 450.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 450.00 | $ 200.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,241.00 + | $ 200.00 =   $ 6,441.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 6,441.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Brian Stumpf
      First Name       Middle Name       Last Name

Debtor 2    Maria Stumpf
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number   5:18-bk-00002-RNO
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
    expenses as of the following date:

    _____
    MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ No
    ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 10 | ☐ No ☑ Yes |
| Daughter | 8 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,278.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 50.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 110.00 |

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____ |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $_____ 400.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $_____ 38.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ 292.00 |
| | 6d.  Other. Specify: _____ | 6d. | $_____ |
| 7. | **Food and housekeeping supplies** | 7. | $_____ 1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____ 200.00 |
| 10. | **Personal care products and services** | 10. | $_____ 100.00 |
| 11. | **Medical and dental expenses** | 11. | $_____ 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ 1,250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $_____ |
| | 15b.  Health insurance | 15b. | $_____ |
| | 15c.  Vehicle insurance | 15c. | $_____ 119.00 |
| | 15d.  Other insurance. Specify:_____ | 15d. | $_____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: PA Taxes Not Withheld _____ | 16. | $_____ 200.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $_____ 415.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $_____ |
| | 17c.  Other. Specify:_____ | 17c. | $_____ |
| | 17d.  Other. Specify:_____ | 17d. | $_____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $_____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. | $_____ |
| | 20b.  Real estate taxes | 20b. | $_____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $_____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| | 20e.  Homeowner's association or condominium dues | 20e. | $_____ |

Case 5:18-bk-00002-RNO    Doc 21    Filed 02/14/18    Entered 02/14/18 18:03:14    Desc
Main Document    Page 35 of 36

21. **Other**. Specify: Children's Activities                                    21.    +$                450.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                                    22a.    $            6,252.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $

    22c. Add line 22a and 22b. The result is your monthly expenses.                22c.    $            6,252.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.        23a.    $            6,441.00

    23b. Copy your monthly expenses from line 22c above.                        23b.    −$            6,252.00

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.                                    23c.    $                189.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: