```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                              Case No. 18-00002-RNO
Brian Stumpf                                                        Chapter 13
Maria Stumpf
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5        User: MMchugh                Page 1 of 2          Date Rcvd: Mar 23, 2018
                            Form ID: ntcnfhrg            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db/jdb         +Brian Stumpf,    Maria Stumpf,    130 Mountain Top Drive,    Dingmans Ferry, PA 18328-9128
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
5007646        +Anesthesia Associates of Morristown,    100 Madison Ave,    Morristown, NJ 07960-6136
5007647         Atlantic Health Systems,    Re: Newton & Morristown Med Centers,    PO Box 35610,
                 Newark, NJ 07193-5610
5007648        +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
5007649         B&B Collections, Inc.,    PO Box 2137,    Toms River, NJ 08754-2137
5007650         Barclaycard,   PO Box 13337,    Philadelphia, PA 19101-3337
5007651         Berkheimer Tax Innovations,    Re: Pocono Mtn Lake Estate,    PO Box 21450,
                 Lehigh Valley, PA 18002-1450
5007655        +CMRE Financial Services, Inc.,    3075 E. Imperial Highway, Suite 200,    Brea, CA 92821-6753
5032040         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5007653         Chase Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
5007654         Citi Cards,   PO Box 6500,    Sioux Falls, SD 57117-6500
5007656        +Comenity Bank (Paypal),    Bankruptcy Department,    PO Box 5018,    Timonium, MD 21094-5018
5007657        +Creditech Collection Solutions,    PO Box 99,    Bangor, PA 18013-0099
5007658         David B. Watner,    Attorney at Law,    PO Box 6189,    West Caldwell, NJ 07007-6189
5007660         Donaldson & Chiera RN Family,    Health NP PC,    10 Gagnon Drive,    Stone Ridge, NY 12484-5120
5007661         Emergency Medical Associates,    PO Box 6131,    Parsippany, NJ 07054-7131
5007662        +Emergency Medical Associates Westchester,    3 Century Drive,    Parsippany, NJ 07054-4610
5007663        +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
5007665         ImageCare Center,    Radiologic Associates of NNJ, PA,    PO Box 10728,
                 Lancaster, PA 17605-0728
5007664        +ImageCare Center at Newton,    222 High Street, Suite 101,    Newton, NJ 07860-9604
5007667        +Michael Harrison,    Attorney at Law,    3155 State Route 10 Suite 214,
                 Denville, NJ 07834-3430
5007668        +Mobile Life Support Service, Inc.,    35 Peach Place,    Middletown, NY 10940-6943
5007669         Morris Imaging Associates, PA,    PO Box 6750,    Portsmouth, NH 03802-6750
5007671        +Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    8950 Cypress Waters Blvd.,
                 Dallas, TX 75019-4620
5024811        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5033959         Newton Medical Center,    c/o CCCB,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
5007673        +Pocono Mountain Lake Estates,    2095 Milford Road,    Bushkill, PA 18324-8292
5007675         Remex, Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
5007677        +TD Bank USA, N.A.,    c/o Target Card Services,    PO Box 9500,    Minneapolis, MN 55440-9500
5007678         Wakefield & Associates,    PO Box 50250,    Knoxville, TN 37950-0250
5025667         Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
5007679        +Wells Fargo Bank, N.A.,    PO Box 10335,    Des Moines, IA 50306-0335
5009735         Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
5007680         Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 168048,    Irving, TX 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5007652        +E-mail/Text: bankruptcy@certifiedcollection.com Mar 23 2018 19:07:43
                 Certified Credit & Collection Bureau,    PO box 1750,    Whitehouse Station, NJ 08889-1750
5007659         E-mail/Text: mrdiscen@discover.com Mar 23 2018 19:07:30      Discover Card,    PO Box 30943,
                 Salt Lake City, UT 84130-0943
5010396         E-mail/Text: mrdiscen@discover.com Mar 23 2018 19:07:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5007666         E-mail/Text: bnckohlsnotices@becket-lee.com Mar 23 2018 19:07:33      Kohls Department Store,
                 PO Box 3043,    Milwaukee, WI 53201-3043
5033366         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2018 19:05:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5007670         E-mail/Text: Bankruptcies@nragroup.com Mar 23 2018 19:08:23      National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
5007672         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 19:07:46      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
5034142         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 19:27:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5008008        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 19:05:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5021157         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 19:07:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
5007674         E-mail/Text: lisapearn.pma@gmail.com Mar 23 2018 19:07:44      Pulmonary Medical Associates LLP,
                 222 High Street, Suite 102,    Newton, NJ 07860-9604
5031519         E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2018 19:07:44
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
5007676         E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 19:05:46      Synchrony Bank (Amazon),
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0314-5            User: MMchugh              Page 2 of 2              Date Rcvd: Mar 23, 2018
                                Form ID: ntcnfhrg          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5034252         +E-mail/Text: bncmail@w-legal.com Mar 23 2018 19:07:58     TD Bank USA, N.A.,
                 c/o Weinstein & Riley PS,   2001 Western Ave,   Suite 400,   Seattle, WA 98121-3132
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Steven R Savoia    on behalf of Debtor 1 Brian   Stumpf ssavoia@ptd.net
              Steven R Savoia    on behalf of Debtor 2 Maria   Stumpf ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brian Stumpf<br>aka Brian J Stumpf, aka Brian James Stumpf<br>Maria Stumpf<br>aka MariaElena Stumpf, aka Maria Elena Stumpf, aka Maria E Stumpf<br><br>Debtor(s) | Chapter 13<br><br>Case No. 5:18−bk−00002−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 25, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 2, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 23, 2018 |