UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN STUMPF a/k/a BRIAN JAMES STUMPF a/k/a BRIAN J. STUMPF and MARIA STUMPF a/k/a MARIA E. STUMPF and MARIAELENA STUMPF a/k/a MARIA ELENA STUMPF
    Debtor(s)

: CHAPTER 13

CHARLES J. DEHART, III
STANDING CHAPTER 13 TRUSTEE

    vs.

BRIAN STUMPF a/k/a BRIAN JAMES STUMPF a/k/a BRIAN J. STUMPF and MARIA STUMPF a/k/a MARIA E. STUMPF and MARIAELENA STUMPF a/k/a MARIA ELENA STUMPF
    Respondent(s)

: OBJECTION TO EXEMPTIONS
: CASE NO. 5-18-bk-00002-RNO

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.