UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | | |
|---|---|---|
| In re BRIAN STUMPF<br>aka BRIAN J STUMPF,<br>aka BRIAN JAMES STUMPF,<br><br>and<br><br>MARIA STUMPF<br>aka MARIAELENA STUMPF,<br>aka MARIA ELENA STUMPF,<br>aka MARIA E STUMPF<br><br>Debtors. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | CASE NO. 5:18-bk-00002-RNO<br><br><br><br><br><br><br><br><br><br><br>CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE,<br><br>Movant<br><br>vs.<br><br>BRIAN STUMPF and MARIA STUMPF,<br><br>Respondents. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | |

DEBTORS' ANSWER TO TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

The Debtors, BRIAN STUMPF and MARIA STUMPF, by and through their undersigned attorney, hereby file this answer to the Trustee's Objection to Claim of Exemptions (Doc #28), as the Debtors have this date filed an amended Schedule C breaking out the claim of exemption and dollar amounts per subsection of section 522(d), which demonstrates that the total claim under subsection (d)(5) is within acceptable limits.

WHEREFORE, the Debtors, BRIAN STUMPF and MARIA STUMPF, respectfully request that i) the Trustee withdraw the Objection to Claim of Exemptions, or ii) that the Court deny the

Trustee's Objection to Claim of Exemptions, and that this Court grant such other and further relief as it deems just and proper.

        Respectfully submitted,

        STEVEN R. SAVOIA, Attorney at Law

    By:    /s/ Steven R. Savoia
        Attorney ID # 92253
        621 Ann Street, P.O. Box 263
        Stroudsburg, PA 18360
        Telephone No.: (570) 972-2060
        Facsimile No.:  (570) 338-3499
Attorney for Debtors, Brian and Maria Stumpf