```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                 Case No. 18-00002-RNO
Brian Stumpf                                                           Chapter 13
Maria Stumpf
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: MMchugh            Page 1 of 1            Date Rcvd: Oct 22, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
5024811        +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Steven R Savoia    on behalf of Debtor 1 Brian   Stumpf ssavoia@ptd.net
              Steven R Savoia    on behalf of Debtor 2 Maria   Stumpf ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-00002-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian Stumpf
130 Mountain Top Drive
Dingmans Ferry PA 18328

Maria Stumpf
130 Mountain Top Drive
Dingmans Ferry PA 18328

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/22/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

New Penn Financial, LLC d/b/a Shellpoint Mortgage
P.O. Box 10675
Greenville, SC 29603-0675
New Penn Financial, LLC d/b/a Shellpoint
P.O. Box 10675
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/24/18

Terrence S. Miller
**CLERK OF THE COURT**