# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

**In re:**

Brian Stumpf & Maria Stumpf

**Case No.:** 1800002

**Chapter:** 13

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM 4

Now comes Wells Fargo Bank, N.A., and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 06/10/2019. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

Respectfully submitted,

/s/John Tamburo

VP Loan Documentation

Wells Fargo Bank, N.A.

MAC N9286-01Y

1000 Blue Gentian Road

Eagan MN 55121-7700

800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

Chapter 13 No. 1800002
Judge: Robert N. Opel, II

In re:

Brian Stumpf & Maria Stumpf

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before October 15, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Brian Stumpf & Maria Stumpf
130 Mountain Top Drive

Dingmans Ferry PA 18328

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Steven R Savoia

621 Ann Street PO Box 263

Stroudsburg PA 18360

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Charles J DeHart, III (Trustee)

8125 Adams Drive, Suite A

Hummelstown PA 17036

/s/John Tamburo

VP Loan Documentation