IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | | |
|---|---|---|
| In re BRIAN STUMPF<br>aka BRIAN J STUMPF,<br>aka BRIAN JAMES STUMPF,<br><br>and<br><br>MARIA STUMPF<br>aka MARIAELENA STUMPF,<br>aka MARIA ELENA STUMPF,<br>aka MARIA E STUMPF<br><br>Debtors. | : : : : : : : : : : : : : | CASE NO. 5:18-bk-00002-RNO<br><br><br><br><br><br><br><br><br><br>CHAPTER 13 |

## CHANGE OF ADDRESS FOR CREDITOR

On behalf of the Debtors, undersigned counsel has just filed a proof of claim for Creditor as permitted under F.R.B.P. 3004, and gives notice of the following change of address for the Creditor:

> Pocono Mountain lake Estates
> c/o Creditech Collection Services
> PO Box 99
> Bangor, PA  18013

Kindly update the records for the Creditor.

Respectfully submitted,

STEVEN R. SAVOIA, Attorney at Law

By:____/s/ Steven R. Savoia_____
      Attorney ID # 92253
      621 Ann Street, P.O. Box 263
      Stroudsburg, PA 18360
      Telephone No.: (570) 972-2060
      Facsimile No.:  (570) 338-3499
Attorney for Debtors