| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Brian Stumpf<br>Maria Stumpf | Case Number:<br><br>5:18--bk--00002 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |
| 1. Account Number: **3788**  UCID: **WFCHEQ1800002PAM21572511** | | _ Check this box if the account number has changed. |
| 2. Court Claim Number: **1** | | |
| 3. Signature:<br><br>Check the appropriate box.<br>  X  **I am the creditor.**<br>      **I am the creditor's authorized agent.**  (Attach copy of power of attorney, if any.)<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:   /s/ Alonda Janice Long               Date:  02/16/2022<br>      VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
**Brian Stumpf**  
**Maria Stumpf**  
     Debtor(s).

CASE NO.: 18-00002  
CHAPTER: 13

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 16, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Brian Stumpf  
130 Mountain Top Drive  
Dingmans Ferry, PA 18328

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Maria Stumpf  
130 Mountain Top Drive  
Dingmans Ferry, PA 18328

*By U.S. Postal Service First Class Mail Postage Prepaid:*

United States Trustee  
228 Walnut Street, Suite 1190  
Harrisburg, PA 17101

*Debtor's Attorney:*

*By CM / ECF Filing:*

| | |
|---|---|
| *Debtor's Attorney:* | Steven R Savoia<br>621 Ann Street<br>PO Box 263<br>Stroudsburg, PA 18360 |
| *Trustee:* | *By CM / ECF Filing:*<br>Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

/s/ John Shelley
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)