# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania (Wilkes-Barre)

IN RE:                                        Case No:          18-00002

                                              Loan Number (Last 4):    7358

Debtors: Brian Stumpf andMaria Stumpf

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust | |
| Serviced by Select Portfolio Servicing, Inc. | New Penn Financial, LLC d/b/a Shellpoint Mortgage |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

        PO Box 65250
        Salt Lake City, UT 84165

| | |
|---|---|
| Court Claim # (if known): | 4 |
| Amount of Claim: | $164,961.23 |
| Date Claim Filed: | 02/20/2018 |
| Last Four Digits of Acct #: | 9757 |

Phone:                    1-800-258-8602
Last Four Digits of Acct #:  7358

Name and Address where transferee payments should be sent (if different from above):

        Select Portfolio Servicing, Inc.
        Attn: Remittance Processing
        PO Box 65450
        Salt Lake City, UT 84165-0450

Phone:                    1-800-258-8602
Last Four Digits of Acct #:  7358

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ John Shelley                              Date:    09/02/2022
        InfoEx, LLC, as authorized filing agent
        (Approved by: Arunbalaji Govindaraj)

Specific Contact Information:

Arunbalaji Govindaraj - BK Specialist II

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.