# Notice Recipients

District/Off: 0314−5     User: AutoDocketer     Date Created: 9/6/2022
Case: 5:18−bk−00002−MJC     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5121857     New Penn Financial, LLC d/b/a Shellpoint Mortgage     P.O. Box 10675     Greenville, SC 29603−0675     New Penn Financial, LLC d/b/a Shellpoint     P.O. Box 10675     Greenville, SC 29603−0675

TOTAL: 1