Certificate Number: 15322-PAM-DE-037083808

Bankruptcy Case Number: 18-00002



15322-PAM-DE-037083808

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2023, at 7:26 o'clock PM CST, Brian Stumpf completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 4, 2023

By: /s/Andrea Sanchez

Name: Andrea Sanchez

Title: Certified Credit Counselor