Certificate Number: 15322-PAM-DE-037083809

Bankruptcy Case Number: 18-00002



15322-PAM-DE-037083809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2023, at 7:26 o'clock PM CST, Maria Stumpf completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   January 4, 2023                By:    /s/Andrea Sanchez

                                       Name:  Andrea Sanchez

                                       Title: Certified Credit Counselor