| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Brian Stumpf |
| Debtor 2 (Spouse, if filing) | Maria Stumpf |
| United States Bankruptcy Court for the: Middle | District of Pennsylvania (State) |
| Case number | 5:18-bk-00002-MJC |

Official Form 410S1

# Notice of Mortgage Payment Change                                                  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 4-1

**Last four digits** of any number you use to identify the debtors' account: XXXXXX9757

**Date of payment change:** Must be at least 21 days after date of this notice: 2/1/2022

**New total payment:** Principal, interest, and escrow, if any: $1,307.92

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $ 447.77       New escrow payment:  $ 453.80

## Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:            %           New interest rate:             %
   Current principal and interest payment:  $ _____    New principal and interest payment:  $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:  $ _____     New mortgage payment:  $ _____

| Debtor 1 | **Brian Stumpf** | Case number *(if known)* 5:18-bk-00002-MJC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Linda St. Pierre                                   Date  12/20/2021
   Signature

Print    Linda                              St Pierre             Title   Authorized Agent for Creditor
         First Name   Middle Name           Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number     Street
         Roswell            GA           30076
         City               State        ZIP Code

Contact phone   860-240-9156                             Email   Linda.St.Pierre@mccalla.com

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 5:18-bk-00002-MJC |
| Brian Stumpf | Chapter: 13 |
| Maria Stumpf | Judge: Mark J Conway |

## CERTIFICATE OF SERVICE

I, Linda St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Brian Stumpf
130 Mountain Top Drive
Dingmans Ferry, PA 18328

Maria Stumpf
130 Mountain Top Drive
Dingmans Ferry, PA 18328

Steven R Savoia                              *(served via ECF Notification)*
621 Ann Street
PO Box 263
Stroudsburg, PA 18360

Jack N Zaharopoulos (Trustee)                *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                        *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 12/21/2021    By:    */s/Linda St. Pierre*
             (date)               Linda St. Pierre
                                  Authorized Agent for Creditor



Shellpoint Mortgage Servicing  
Servicing  
PO Box 10826  
Greenville, SC  29603 0826  
For Inquiries:  (800) 365-7107

Final

BRIAN J STUMPF  
MARIAELENA STUMPF  
130 MOUNTAIN TOP DR  
DINGMANS FERRY PA  18328

Analysis Date:  December 06, 2021  
Loan:

Property Address:  
130 MOUNTAIN TOP DR  
DINGMANS FERRY, PA 18328

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2022 | Prior Esc Pmt | February 01, 2021 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $854.12 | $854.12 | P & I Pmt: | $854.12 | Due Date: | October 01, 2021 |
| Escrow Pmt: | $447.77 | $453.80 | Escrow Pmt: | $447.77 | Escrow Balance: | $1,149.92 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $1,791.08 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $232.59 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $1,301.89 | $1,307.92 | Total Payment | $1,301.89 | Anticipated Escrow Balance: | $2,708.41 |

| Shortage/Overage Information | Effective Feb 01, 2022 |
|---|---|
| Upcoming Total Annual Bills | $5,445.58 |
| Required Cushion | $752.54 |
| Required Starting Balance | $2,257.60 |
| Escrow Shortage | $0.00 |
| Surplus | $450.81 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 752.54. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 907.60 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Feb 2021 to Jan 2022. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,221.46 | 1,224.85 |
| Feb 2021 | 447.77 | 441.89 | 77.53 | 77.53 | * | PMI | 2,591.70 | 1,589.21 |
| Feb 2021 | | 5.88 | | | * | Escrow Only Payment | 2,591.70 | 1,595.09 |
| Mar 2021 | 447.77 | 441.89 | 77.53 | 77.53 | * | PMI | 2,961.94 | 1,959.45 |
| Mar 2021 | | 5.88 | | | * | Escrow Only Payment | 2,961.94 | 1,965.33 |
| Apr 2021 | 447.77 | | 847.19 | 847.18 | * | Town Tax | 2,562.52 | 1,118.15 |
| Apr 2021 | | 441.89 | 77.53 | 77.53 | * | PMI | 2,484.99 | 1,482.51 |
| Apr 2021 | | 5.88 | | | * | Escrow Only Payment | 2,484.99 | 1,488.39 |
| May 2021 | 447.77 | 447.77 | 77.53 | 77.53 | | PMI | 2,855.23 | 1,858.63 |
| Jun 2021 | 447.77 | 447.77 | 77.53 | 77.53 | | PMI | 3,225.47 | 2,228.87 |
| Jul 2021 | 447.77 | 447.77 | 77.53 | 77.53 | | PMI | 3,595.71 | 2,599.11 |
| Jul 2021 | | | | 1,110.00 | * | Hazard | 3,595.71 | 1,489.11 |
| Aug 2021 | 447.77 | 447.77 | 1,036.00 | | * | Hazard | 3,007.48 | 1,936.88 |
| Aug 2021 | | | 77.53 | 77.53 | | PMI | 2,929.95 | 1,859.35 |
| Aug 2021 | | | | 2,558.04 | * | School Tax | 2,929.95 | (698.69) |
| Sep 2021 | 447.77 | | 2,559.71 | | * | School Tax | 818.01 | (698.69) |
| Sep 2021 | | 447.77 | 77.53 | 77.53 | * | PMI | 740.48 | (328.45) |
| Oct 2021 | 447.77 | 447.77 | 77.53 | 77.53 | | PMI | 1,110.72 | 41.79 |
| Nov 2021 | 447.77 | 447.77 | 77.53 | 77.53 | | PMI | 1,480.96 | 412.03 |
| Dec 2021 | 447.77 | | 77.53 | | * | PMI | 1,851.20 | 412.03 |
| Jan 2022 | 447.77 | | 77.53 | | * | PMI | 2,221.44 | 412.03 |
| | | | | | | Anticipated Transactions | 2,221.44 | 412.03 |
| Nov 2021 | | P | 77.53 | | | PMI | | 334.50 |
| Dec 2021 | | P | 77.53 | | | PMI | | 256.97 |
| Jan 2022 | | 1,791.08 P | 77.53 | | | PMI | | 1,970.52 |
| | $5,373.24 | $6,268.78 | $5,373.26 | $5,523.11 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.  
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 2,708.41 | 2,257.60 |
| Feb 2022 | 453.80 | 77.53 | PMI | 3,084.68 | 2,633.87 |
| Mar 2022 | 453.80 | 77.53 | PMI | 3,460.95 | 3,010.14 |
| Apr 2022 | 453.80 | 847.18 | Town Tax | 3,067.57 | 2,616.76 |
| Apr 2022 | | 77.53 | PMI | 2,990.04 | 2,539.23 |
| May 2022 | 453.80 | 77.53 | PMI | 3,366.31 | 2,915.50 |
| Jun 2022 | 453.80 | 77.53 | PMI | 3,742.58 | 3,291.77 |
| Jul 2022 | 453.80 | 77.53 | PMI | 4,118.85 | 3,668.04 |
| Aug 2022 | 453.80 | 1,110.00 | Hazard | 3,462.65 | 3,011.84 |
| Aug 2022 | | 77.53 | PMI | 3,385.12 | 2,934.31 |
| Sep 2022 | 453.80 | 2,558.04 | School Tax | 1,280.88 | 830.07 |
| Sep 2022 | | 77.53 | PMI | 1,203.35 | 752.54 |
| Oct 2022 | 453.80 | 77.53 | PMI | 1,579.62 | 1,128.81 |
| Nov 2022 | 453.80 | 77.53 | PMI | 1,955.89 | 1,505.08 |
| Dec 2022 | 453.80 | 77.53 | PMI | 2,332.16 | 1,881.35 |
| Jan 2023 | 453.80 | 77.53 | PMI | 2,708.43 | 2,257.62 |
| | $5,445.60 | $5,445.58 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,708.41. Your starting balance (escrow balance required) according to this analysis should be $2,257.60. This means you have a surplus of 450.81. This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account. it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus. A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 5,445.58. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $453.80 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $453.80 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan if you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC 29603 0826